UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOSEPH KRUPPENBACHER, | |
|---|---|
| Plaintiff, | |
| -against- | 20-CV-109 (CM) |
| ANTHONY J. ANNUCCI, *et al.*, | CIVIL JUDGMENT |
| Defendants. | |

Pursuant to the order issued March 9, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit *a completed request to proceed in forma pauperis* ("IFP application") and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 9, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge